ne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JONATHON ELDON HUNSAKER and
CHERYL LYNN HUNSAKER,

    Plaintiffs-Appellees,         Case No. 6:16-cv-00386-MC

    v.                            OPINION AND ORDER

UNITED STATES,

    Defendant-Appellant.
_____

MCSHANE, Judge:

    The judgment of the Bankruptcy Court is AFFIRMED.

    IT IS SO ORDERED.

    DATED this 20th day of June, 2019.

                                          _____/s/ Michael J. McShane_____
                                                        Michael McShane
                                                   United States District Judge