KEITH D. KARNES, OSB # 033521
keith@rankkarneslaw.com
Rank & Karnes Law, PC
2701 12th St. S.E.
Salem, OR 97302
Tel: (503) 385-8888
Fax: (503)385-8899
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JONATHAN HUNSAKER, AND CHERYL HUNSAKER,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Defendant. | Case No. 6:16-cv-00386-MC<br><br>DECLARATON OF KEITH KARNES IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS |

I, Keith Karnes, make this declaration subject to penalty of perjury.

1. Keith Karnes has substantial experience in bankruptcy and bankruptcy litigation.

2. Attached hereto as Exhibit A is a true copy of invoices for time spent by Keith Karnes and paralegals.

DECLARATON OF KEITH KARNES IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS - 1

3. Attorneys at Stris & Maher LLP. and Geyser P.C. focus on appellate litigation. The firms litigate cases in the Supreme Court of the United States and other courts of appeals nationwide.

4. Attached hereto as Exhibit B is a true copy of the invoice for law firm Stris & Maher LLP.

5. Attached hereto as Exhibit C is a true copy of the invoice for law firm Geyser P.C.

6. All attorney fees incurred were done so on a contingent basis.

Dated: August 12, 2019

Respectfully Submitted,

/s/ Keith D. Karnes
Keith D. Karnes, OSB No. 033521
Attorney for Plaintiffs
Rank & Karnes Law, PC
2701 12th St. SE
Salem, Oregon 97302
keith@rankkarnes.com
(503) 385-8888

DECLARATON OF KEITH KARNES IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS - 2

CERTIFICATE OF SERVICE

I, Keith Karnes, certify that I filed the foregoing document via ECF which will in turn serve:

Keith D. Karnes keith@rankkarneslaw.com, 9982680420@filings.docketbird.com, jacob@rankkarneslaw.com

Boris Kukso boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov

Yael Bortnick Yael.Bortnick@usdoj.gov, western.taxcivil@usdoj.gov

Dated: August 5, 2019

                                         /s/ Keith D. Karnes
                                         Keith D. Karnes, OSB No. 033521