# Karnes Law Office, PC

1860 Hawthorne Ave. NE ste 10  
Salem, Oregon 97301

Tel: (503) 385-8888  
Fax: (503) 385-8899

\# 1648.1  
Through 01-27-16  
Printed 01-27-16  
Managed by:

Hunsaker

RE: Hunsaker v. United States

| | | Previous Balance: | | $0.00 |

| Date | SERVICES PROVIDED | Who | Hours | Amount |
|---|---|---|---|---|
| 12-02-13 | PC and fax from client. IRS sending notice of levy. Sent letter to IRS. ($300/Hr) | KK | 0.80 | 240.00 |
| 02-10-14 | PC and fax from client re: IRS notice of levy. Draft and send letter to IRS re stay. ($300/Hr) | KK | 0.80 | 240.00 |
| 09-01-14 | Meeting with clients regarding IRS ongoing collection efforts; options. PC to Eugene IRS office. LM. ($300/Hr) | KK | 0.60 | 180.00 |
| 12-05-14 | Draft complaint. ($300/Hr) | KK | 2.60 | 780.00 |
| 12-09-14 | Meeting with client re Levy; discussed litigation. We will file suit. ($300/Hr) | KK | 1.20 | 360.00 |
| 12-09-14 | Serve summons and complaint. ($115/Hr) | JN | 1.20 | 138.00 |
| 01-12-15 | Review defendant's answer. ($300/Hr) | KK | 0.40 | 120.00 |
| 02-03-15 | Drive to and from hearing. ($150/Hr) | KK | 2.40 | 360.00 |
| 05-01-15 | Prepare discovery responses, meet with clients to obtain docs; bate stamp. ($125/Hr) | ER | 3.20 | 400.00 |
| 05-04-15 | Response to defendants' RFP and Rogs. ($300/Hr) | KK | 0.80 | 240.00 |
| 05-08-15 | Depo prep with clients. ($300/Hr) | KK | 2.60 | 780.00 |
| 05-11-15 | Depositions. ($300/Hr) | KK | 3.80 | 1,140.00 |
| 06-04-15 | Prepare supplemental RFP responses. ($125/Hr) | ER | 1.20 | 150.00 |
| 08-17-15 | Edit response to RFP; ROG's review docs. ($300/Hr) | KK | 0.60 | 180.00 |
| 09-24-15 | Review MSJ; Research issues. ($300/Hr) | KK | 0.80 | 240.00 |
| 10-23-15 | Response to msj. ($300/Hr) | KK | 2.60 | 780.00 |
| 12-18-15 | Review defendant's trial memo. ($300/Hr) | KK | 0.40 | 120.00 |
| 12-18-15 | Review defendant's witness and exhibit lists. ($300/Hr) | KK | 0.30 | 90.00 |
| 12-18-15 | Review defendant's witness and exhibit lists. ($300/Hr) | KK | 0.30 | 90.00 |
| 01-02-16 | Prepare and file witness and exhibit lists; ($300/Hr) | KK | 1.40 | 420.00 |
| 01-06-16 | Drive to and from trial. ($150/Hr) | KK | 2.40 | 360.00 |
| 01-06-16 | Witness prep with clients. ($300/Hr) | KK | 1.50 | 450.00 |
| 01-06-16 | Witness prep with clients. ($300/Hr) | KK | 1.50 | 450.00 |
| 01-06-16 | Trial; wrap up with clients. ($300/Hr) | KK | 3.80 | 1,140.00 |
| 01-13-16 | Read opinion; call clients. ($300/Hr) | KK | 0.60 | 180.00 |
| | | Total Hours: | 37.80 | |
| | | Total Services: | | $9,628.00 |

*Summary of Services*

| | Hours |
|---|---|
| Elizabeth Romersa ($125/hr Paralegal) | 4.40 |
| Jacki Normand ($115/hr Paralegal) | 1.20 |
| Keith Karnes ($150/hr Associate) | 4.80 |
| Keith Karnes ($300/hr Associate) | 27.40 |

Exhibit A      Case 14-06218-fra    Doc 61    Filed 01/27/16

## STATEMENT SUMMARY

| | |
|---|---:|
| Previous Balance | 0.00 |
| Payments Received | 0.00 |
| **Unpaid Previous Balance** | 0.00 |
| New Services Provided | 9,628.00 |
| New Advanced Costs | 0.00 |
| **Total New Charges** | 9,628.00 |
| *AMOUNT DUE* | **$9,628.00** |

Exhibit A      Case 14-06218-fra    Doc 61    Filed 01/27/16

**Rank & Karnes Law, PC**
2701 12TH ST SE
SALEM, OR 97302
United States
(503) 385-8888

Rank & Karnes Law, PC

**John & Cheryl Hunsaker**
PO Box 809
Turner, OR 97392
United States

| | |
|---|---|
| **Balance** | $261.00 |
| **Invoice #** | 00112 |
| **Invoice Date** | May 12, 2016 |
| **Payment Terms** | Net 15 |
| **Due Date** | |

**Hunsaker, John and Cheryl**

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 02/08/2016 | KK | Appt. w/Client | Discussed payoff of plan; reviewed claims | $315.00 | 0.5 | $157.50 |
| 02/08/2016 | ER | PC w/client | PC with client regarding the payoff amount of their chapter 13 case. | $115.00 | 0.2 | $23.00 |
| 02/10/2016 | ER | PC w/client | PC with client regarding the payoff for their chapter 13 | $115.00 | 0.3 | $34.50 |
| 02/10/2016 | ER | Redacted Tax returns | Redacted 2013 tax returns and emailed them to the trustee. | $115.00 | 0.4 | $46.00 |
| | | | Totals: | | 1.4 | **$261.00** |

| | |
|---|---|
| Time Entry Sub-Total: | $261.00 |
| **Sub-Total:** | $261.00 |
| Total: | $261.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$261.00** |

Exhibit A

**Rank & Karnes Law, PC**
2701 12TH ST SE
SALEM, OR 97302
United States
(503) 385-8888

Rank & Karnes Law, PC

**John & Cheryl Hunsaker**
PO Box 809
Turner, OR 97392
United States

| | |
|---|---|
| **Balance** | $2,899.00 |
| **Invoice #** | 00526 |
| **Invoice Date** | August 12, 2019 |
| **Payment Terms** | Net 15 |
| **Due Date** | August 27, 2019 |

**Hunsaker**

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 08/08/2016 | KK | Draft Document | Appellees' response brief | $315.00 | 4.8 | $1,512.00 |
| 04/05/2019 | KK | Draft Document | Response brief. | $315.00 | 2.8 | $882.00 |
| | | | | Totals: | **7.6** | **$2,394.00** |

**Expenses**

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 11/16/2016 | KK | Filing Fee | 9th Cir filing fee | $505.00 | 1.0 | $505.00 |
| | | | | Expense Total: | | **$505.00** |

| | |
|---|---|
| Time Entry Sub-Total: | $2,394.00 |
| Expense Sub-Total: | $505.00 |
| **Sub-Total:** | $2,899.00 |
| **Total:** | $2,899.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$2,899.00** |

Exhibit A



777 S. Figueroa St., Ste.3850
Los Angeles, CA 90017

Invoice submitted to:

Karnes Law Offices, PC
Keith D. Karnes
1860 Hawthorne Ave., Ste. 10
Salem, OR 97301


August 07, 2019

Re: Hunsaker, *et al.* v. *United States (In re Hunsaker)* (9th Cir. and U.S.).

Invoice #  11892

Legal Services

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/17/2017 | DG |  | Review and analyze material regarding theories and strategy for the opening brief; confer with co-counsel regarding the same and logistics for the representation. | 2.30<br>700.00/hr | 1,610.00 |
| 2/18/2017 | DG |  | Review and analyze material regarding theories and strategy for the opening brief. | 1.30<br>700.00/hr | 910.00 |
| 2/20/2017 | DG |  | Review and analyze material regarding theories and strategy for the opening brief. | 3.90<br>700.00/hr | 2,730.00 |
| 3/13/2017 | DG |  | Review and analyze material regarding theories and strategy for the opening brief; enter appearance; confer with opposing counsel regarding extension request for the opening brief. | 1.80<br>700.00/hr | 1,260.00 |
| 3/15/2017 | DG |  | Review and analyze material regarding theories and strategy for the opening brief; draft extension request for the opening brief. | 1.50<br>700.00/hr | 1,050.00 |
| 3/16/2017 | DG |  | Review the Court's order granting the extension request; confer with co-counsel regarding the same and next steps. | 0.20<br>700.00/hr | 140.00 |
| 3/31/2017 | DG |  | Review and analyze material regarding theories and strategy for the opening brief; confer with DDG regarding the same. | 0.60<br>700.00/hr | 420.00 |
|  |  | DDG | Review background materials. | 1.00<br>500.00/hr | 500.00 |
| 4/2/2017 | DG |  | Confer with NACBA regarding amicus support and scheduling for the appeal. | 0.30<br>700.00/hr | 210.00 |

Exhibit B

|            |     |                                                                                                                                                  | Hrs/Rate           | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|----------|
| 4/3/2017   | DDG | Review background materials; research regarding availability of emotional-distress damages against the government.                               | 5.00 500.00/hr     | 2,500.00 |
| 4/4/2017   | DDG | Research regarding availability of emotional-distress damages before Section 106(a) amendment; research regarding legislative history of Section 106 amendment. | 5.50 500.00/hr     | 2,750.00 |
| 4/6/2017   | EB  | Research regarding availability of emotional-distress damages.                                                                                   | 2.10 700.00/hr     | 1,470.00 |
| 4/7/2017   | DDG | Research regarding availability of emotional-distress damages.                                                                                   | 2.10 500.00/hr     | 1,050.00 |
| 4/10/2017  | DDG | Research regarding automatic stay and sovereign immunity; begin drafting brief.                                                                  | 6.90 500.00/hr     | 3,450.00 |
| 4/11/2017  | DG  | Review and analyze material regarding theories and strategy for the opening brief; confer with DDG regarding the same.                           | 0.90 700.00/hr     | 630.00   |
|            | DDG | Continue drafting brief; research regarding sovereign immunity.                                                                                  | 4.00 500.00/hr     | 2,000.00 |
| 4/12/2017  | DDG | Continue drafting brief.                                                                                                                         | 3.60 500.00/hr     | 1,800.00 |
| 4/14/2017  | DG  | Confer with opposing counsel and co-counsel regarding a final extension on the opening brief.                                                    | 0.20 700.00/hr     | 140.00   |
| 4/15/2017  | DG  | Draft the extension motion on the opening brief; confer with co-counsel, the internal team, and amicus counsel regarding the same.               | 0.80 700.00/hr     | 560.00   |
| 4/17/2017  | DDG | Research regarding statutory-interpretation principles; continue drafting brief.                                                                 | 1.80 500.00/hr     | 900.00   |
| 4/18/2017  | DDG | Continue drafting brief.                                                                                                                         | 2.20 500.00/hr     | 1,100.00 |
| 4/19/2017  | DG  | Review the Court's order granting the extension request on the opening brief; confer with NACBA regarding the same.                              | 0.30 700.00/hr     | 210.00   |
|            | DDG | Continue drafting brief; research regarding history of Section 106 and judicial interpretations of Section 106.                                  | 5.40 500.00/hr     | 2,700.00 |
| 4/20/2017  | DDG | Continue drafting brief.                                                                                                                         | 3.10 500.00/hr     | 1,550.00 |
| 4/21/2017  | DDG | Continue drafting brief; confer with DLG regarding brief strategy.                                                                               | 1.20 500.00/hr     | 600.00   |
| 4/24/2017  | DDG | Continue drafting brief.                                                                                                                         | 5.10 500.00/hr     | 2,550.00 |

Exhibit B

|            |     |                                                                                                                                                                                                 | Hrs/Rate          | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 4/24/2017  | DDG | Continue drafting brief.                                                                                                                                                                        | 5.10<br>500.00/hr | 2,550.00 |
| 4/25/2017  | DG  | Confer with NACBA regarding amicus participation in the case.                                                                                                                                   | 0.50<br>700.00/hr | 350.00   |
|            | DDG | Continue drafting brief.                                                                                                                                                                        | 3.70<br>500.00/hr | 1,850.00 |
| 5/2/2017   | DG  | Review and analyze material regarding theories and strategy for the opening brief; revise the same; confer with DDG regarding the same; confer with NACBA regarding the brief and NACBA's amicus brief. | 2.80<br>700.00/hr | 1,960.00 |
|            | DDG | Review edits to draft; confer with DLG regarding strategy for brief.                                                                                                                            | 0.20<br>500.00/hr | 100.00   |
| 5/3/2017   | DG  | Confer with DDG regarding theories and strategy for the opening brief; review and analyze material regarding the same.                                                                          | 0.40<br>700.00/hr | 280.00   |
| 5/15/2017  | DG  | Review and analyze material regarding theories and strategy for the opening brief; revise the same; confer with DDG regarding the same; confer with NACBA regarding the same.                   | 1.30<br>700.00/hr | 910.00   |
|            | DDG | Review draft of brief; e-mails to DLG regarding possible revisions.                                                                                                                             | 0.90<br>500.00/hr | 450.00   |
| 5/16/2017  | DG  | Review and analyze material regarding theories and strategy for the opening brief; revise the same; confer with DDG regarding the same.                                                         | 8.50<br>700.00/hr | 5,950.00 |
|            | DDG | Confer with DLG regarding brief revisions; review research.                                                                                                                                     | 0.20<br>500.00/hr | 100.00   |
| 5/17/2017  | DG  | Review and analyze material regarding theories and strategy for the opening brief; revise the same; confer with DDG regarding the same; confer with NACBA regarding the same; prepare the record excerpts. | 8.70<br>700.00/hr | 6,090.00 |
|            | DDG | Review and revise brief; confer with DLG regarding revisions.                                                                                                                                   | 0.70<br>500.00/hr | 350.00   |
| 5/18/2017  | DG  | Review CA9 order filing opening brief and ordering paper copies of opening brief and record excerpts; arrange for paper copies of the same.                                                     | 0.50<br>700.00/hr | 350.00   |
| 5/23/2017  | DG  | Review and analyze NACBA's amicus brief; confer with NACBA and DDG regarding the same.                                                                                                          | 0.40<br>700.00/hr | 280.00   |
| 6/2/2017   | DG  | Confer with opposing counsel regarding the government's extension request for its answering brief.                                                                                              | 0.20<br>700.00/hr | 140.00   |
| 6/5/2017   | DG  | Confer with opposing counsel regarding the government's extension request for the answering brief.                                                                                              | 0.20<br>700.00/hr | 140.00   |

Exhibit B

|            |     |                                                                                                                                                        | Hrs/Rate        | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 7/17/2017  | DG  | Review and analyze material regarding theories and strategy for the reply brief; confer with the internal team, co-counsel, and NACBA regarding the same. | 1.30<br>700.00/hr | 910.00   |
| 7/21/2017  | DG  | Confer with opposing counsel regarding the extension request for the reply brief; confer with DDG regarding the same.                                   | 0.20<br>700.00/hr | 140.00   |
| 7/24/2017  | DG  | Confer with opposing counsel regarding our extension request for the reply brief; confirm proposed deadline for reply brief.                            | 0.20<br>700.00/hr | 140.00   |
| 7/25/2017  | DG  | Confer with opposing counsel regarding our extension request for the reply brief; submit streamlined extension request.                                 | 0.30<br>700.00/hr | 210.00   |
| 8/14/2017  | DDG | Review prior briefing; research regarding theories for reply brief, including other cases awarding emotional-distress damages and standard of review; review record. | 7.10<br>500.00/hr | 3,550.00 |
| 8/15/2017  | DDG | Research regarding theories for reply brief, including other cases awarding emotional-distress damages.                                                 | 0.80<br>500.00/hr | 400.00   |
| 8/16/2017  | DDG | Research regarding theories for reply brief, including meaning of "recovery" and damages awarded under Section 362(k).                                   | 1.70<br>500.00/hr | 850.00   |
| 8/17/2017  | DDG | Research regarding theories for reply brief, including meaning of "recovery" and damages awarded under Section 362(k).                                   | 0.50<br>500.00/hr | 250.00   |
| 8/18/2017  | DG  | Confer with DDG regarding theories and strategy for the reply brief; review and analyze material regarding the same.                                    | 0.70<br>700.00/hr | 490.00   |
|            | DDG | Begin drafting brief; research regarding theories for reply brief; confer with DLG regarding brief strategy.                                            | 6.50<br>500.00/hr | 3,250.00 |
| 8/21/2017  | DDG | Research regarding meaning of "recovery"; confer with NS regarding research project.                                                                    | 0.20<br>500.00/hr | 100.00   |
|            | NS  | Research Bankruptcy Code for references to monetary awards for DG in preparation for Ninth Circuit Appeal.                                              | 6.40<br>150.00/hr | 960.00   |
| 8/22/2017  | DDG | Continue drafting reply brief.                                                                                                                          | 2.40<br>500.00/hr | 1,200.00 |
|            | NS  | Finalize research on Bankruptcy Code.                                                                                                                   | 2.80<br>150.00/hr | 420.00   |
| 8/23/2017  | DDG | Continue drafting reply brief; research regarding meaning of "recovery".                                                                                | 4.90<br>500.00/hr | 2,450.00 |
| 8/24/2017  | DDG | Continue drafting reply brief; research regarding theories for reply brief; review record.                                                              | 6.40<br>500.00/hr | 3,200.00 |
| 8/25/2017  | DDG | Continue drafting reply brief; research regarding theories for reply brief.                                                                             | 7.00<br>500.00/hr | 3,500.00 |

Exhibit B

|            |     |                                                                                                                                                                                 | Hrs/Rate          | Amount    |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 8/28/2017  | DDG | Continue drafting reply brief.                                                                                                                                                  | 2.00<br>500.00/hr | 1,000.00  |
| 8/29/2017  | DDG | Continue drafting reply brief.                                                                                                                                                  | 4.80<br>500.00/hr | 2,400.00  |
| 8/30/2017  | DDG | Continue drafting reply brief.                                                                                                                                                  | 3.70<br>500.00/hr | 1,850.00  |
| 9/1/2017   | DDG | Continue drafting reply brief.                                                                                                                                                  | 2.50<br>500.00/hr | 1,250.00  |
| 9/4/2017   | DDG | Continue drafting reply brief.                                                                                                                                                  | 2.50<br>500.00/hr | 1,250.00  |
| 9/5/2017   | DDG | Continue drafting reply brief.                                                                                                                                                  | 7.10<br>500.00/hr | 3,550.00  |
| 9/6/2017   | DG  | Review and analyze material regarding theories and strategy for the reply brief; revise the same; confer with DDG regarding the same; confer with co-counsel and amicus regarding the same. | 7.10<br>700.00/hr | 4,970.00  |
|            | DDG | Confer with DLG regarding reply brief; revise and finalize reply brief.                                                                                                         | 1.00<br>500.00/hr | 500.00    |
| 9/7/2017   | DG  | Review the CA9's order accepting the reply brief for filing; arrange for printing, serving, and filing the paper copies of the reply brief.                                     | 0.40<br>700.00/hr | 280.00    |
| 1/29/2018  | DG  | Review the Court's order tentatively calendaring the case for argument; confer with DDG and co-counsel regarding the same.                                                      | 0.40<br>700.00/hr | 280.00    |
| 3/12/2018  | DDG | Update research.                                                                                                                                                                | 1.00<br>500.00/hr | 500.00    |
| 4/25/2018  | DDG | Emails to team regarding scheduling moots.                                                                                                                                      | 0.10<br>500.00/hr | 50.00     |
| 5/3/2018   | DDG | Review briefing; update research; review case law and statutory provisions.                                                                                                     | 3.90<br>500.00/hr | 1,950.00  |
| 5/4/2018   | DDG | Prepare for argument.                                                                                                                                                           | 7.90<br>500.00/hr | 3,950.00  |
| 5/7/2018   | DDG | Prepare for argument.                                                                                                                                                           | 7.50<br>500.00/hr | 3,750.00  |
| 5/8/2018   | EB  | Prepare for moot.                                                                                                                                                               | 1.00<br>700.00/hr | 700.00    |
|            | MD  | Review briefing and prep for moot court session.                                                                                                                                | 1.50<br>600.00/hr | 900.00    |
|            | DDG | Prepare for argument.                                                                                                                                                           | 7.20<br>500.00/hr | 3,600.00  |

Exhibit B

| Date | TK | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/9/2018 | MD | Participate in moot court session. | 1.00<br>600.00/hr | 600.00 |
| | DDG | Prepare for argument; participate in moot. | 8.00<br>500.00/hr | 4,000.00 |
| 5/10/2018 | DDG | Prepare for argument. | 7.30<br>500.00/hr | 3,650.00 |
| 5/11/2018 | EB | Prepare for and attend second moot. | 1.20<br>700.00/hr | 840.00 |
| | MD | Participate in moot court session. | 0.70<br>600.00/hr | 420.00 |
| | DDG | Prepare for argument; participate in moot. | 8.10<br>500.00/hr | 4,050.00 |
| 5/14/2018 | DDG | Travel to Portland for argument; prepare for argument. | 8.50<br>500.00/hr | 4,250.00 |
| 5/15/2018 | DDG | Prepare for argument; present argument; travel back from argument. | 7.00<br>500.00/hr | 3,500.00 |
| | | Total for legal services rendered | 250.20 | $132,700.00 |

Expenses:

| Date | Description | Amount |
|---|---|---|
| 5/25/2017 | Professional printing of Appellants Brief and Excerpts of Record. | 615.03 |
| 9/14/2017 | Research (Pacer). | 39.80 |
| | Professional printing of Reply Brief. | 449.81 |
| 5/14/2018 | DDG airfare and lodging for argument in Portland. | 600.49 |
| | Total expense charges | $1,705.13 |
| | Total amount of this bill | $134,405.13 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Elizabeth Brannen | 4.30 | 700.00 | $3,010.00 |
| Daniel L. Geyser | 48.20 | 700.00 | $33,740.00 |
| Michael Donofrio | 3.20 | 600.00 | $1,920.00 |
| Douglas D. Geyser | 185.30 | 500.00 | $92,650.00 |
| Nathan Small | 9.20 | 150.00 | $1,380.00 |

Exhibit B



Jonathon Eldon Hunsaker
Cheryl Lynn Hunsaker
  c/o Keith D. Karnes
*keith@rankkarneslaw.com*

August 7, 2019
Invoice No. 1018

FOR PROFESSIONAL SERVICES
*Hunsaker, et al.* v. *United States (In re Hunsaker)* : Appellate litigation

**Legal Services:**

| Date | Attorney | Description | Rate | Hours | Total |
|---|---|---|---|---|---|
| 5/7/2018 | DLG | Confer with D. Geyser regarding theories and strategy for oral argument; review and analyze material regarding the same. | $700.00 | 0.90 | $630.00 |
| 5/8/2018 | DLG | Confer with D. Geyser regarding theories and strategy for oral argument; review and analyze material regarding the same. | $700.00 | 1.20 | $840.00 |
| 5/9/2018 | DLG | Review and analyze material regarding theories and strategy for oral argument; participate in moot with the internal team. | $700.00 | 2.30 | $1,610.00 |
| 8/30/2018 | DLG | Review and analyze the Ninth Circuit's opinion; confer with co-counsel regarding strategy and logistics for next steps. | $700.00 | 0.90 | $630.00 |
| 10/1/2018 | DLG | Confer with opposing counsel regarding the government's extension request for seeking rehearing; confer with co-counsel regarding rehearing and settlement strategy and logistics. | $700.00 | 0.40 | $280.00 |
| 6/25/2019 | DLG | Review the district court's opinion on remand; confer with co-counsel regarding strategy for next steps. | $795.00 | 0.70 | $556.50 |

Exhibit C      Page 1 of 2



One Energy Square
4925 Greenville Ave., Ste. 200
Dallas, TX  75206
www.geyserpc.com

Tax ID: 83-0592581

| | | |
|---|---|---|
| **Total for legal services rendered:** | 6.40 | $4,546.50 |
| **Total bill due upon receipt:** | | $4,546.50 |

Exhibit C                    Page 2 of 2