RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

YAEL BORTNICK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (v)
202-307-0054 (f)
Yael.Bortnick@usdoj.gov

Of Counsel:
BILLY J. WILLIAMS
United States Attorney

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| JONATHAN ELDON HUNSAKER and CHERYL LYNN HUNSAKER, | ) Case No. 6:16-cv-00386-MC ) ) Bankr. Case No. 12-64782-fra13 |
| Plaintiffs-Appellees, | ) Adv. Proc. No. 14-06218-fra ) |
| v. | ) UNITED STATES OF AMERICA'S ) DESIGNATION OF RECORD AND |
| UNITED STATES, | ) STATEMENT OF ISSUES FOR APPEAL ) |
| Defendant-Appellant. | ) ) |

Pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B), defendant-appellant, the United States of America, respectfully designates the following items to be included in the record on appeal and submits the following statement of issues to be presented on appeal:

1. **Designation of Record**

    A. The following docket items from *Hunsaker v. United States*, Adv. Proc. No. 14-06218-fra (Bankr. D. Or.) are to be included in the record on appeal:

| Docket No. | Description |
|---|---|
| 1 | Complaint |
| 4 | Answer to Complaint |
| 19 | United States of America's Motion to Compel Responses to: (1) United States of America's First Set of Interrogatories Directed to Plaintiffs and (2) United States of America's First Request for Production of Documents Directed to Plaintiffs |
| 23 | Summary of Proceedings and Minute Order |
| 25 | United States of America's Motion to Compel Responses to United States of America's Second Request for Production of Documents Directed to Plaintiffs |
| 31 | United States of America's Status Report |
| 34 | United States of America's Motion for Summary Judgment |
| 35 | Memorandum in Support of United States of America's Motion for Summary Judgment |
| 36 | Statement of Undisputed Material Facts in Support of United States of America's Motion for Summary Judgment |
| 44 | Summary of Proceedings & Minute Order |
| 53 | United States of America's Trial Brief |
| 59 | Memorandum Opinion |
| 63 | Judgment |
| 70 | Notice of Appeal and Election to Have Appeal Heard by District Court |
| 78 | Transcript of January 6, 2016, Trial |
| 93 | Order Granting United States of America's Motion to Alter or Amend Judgment |

   B. The following docket items from *Hunsaker v. United States*, Case No. 6:16-cv-00386-MC (D. Or.) are to be included in the record on appeal:

| Docket No. | Description |
|---|---|
| 19 | Opinion and Order |
| 20 | Judgment |
| 21 | Notice of Appeal to the 9th Circuit |
| 22 | Order from the U.S. Court of Appeals for the 9th Circuit |
| 23 | Mandate of U.S. Court of Appeals for the 9th Circuit |
| 29 | Opinion and Order |
| 30 | Judgment |
| 39 | Notice of Appeal to the 9th Circuit |

2. **Statement of Issues**

   The following issues is presented on appeal:

   - Whether the District Court erred in affirming the Bankruptcy Court's award of damages for emotional distress to Plaintiffs-Appellees.

   Respectfully submitted this 30th day of August, 2019.

   RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General

   */s/ Yael Bortnick*
   YAEL BORTNICK
   Trial Attorney, Tax Division
   U.S. Department of Justice
   P.O. Box 683
   Washington, D.C. 20044
   202-514-6632 (v)
   202-307-0054 (f)
   Yael.Bortnick@usdoj.gov

   *Attorneys for the United States*

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Keith D. Karnes; kkarnes@keithkarnes.com

                                        */s/ Yael Bortnick*
                                        YAEL BORTNICK
                                        Trial Attorney
                                        United States Department of Justice, Tax Division