UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 30 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN ELDON HUNSAKER; CHERYL LYNN HUNSAKER,  Plaintiffs-Appellees,  v.  UNITED STATES OF AMERICA,  Defendant-Appellant. | No.   19-35698  D.C. No. 6:16-cv-00386-MC District of Oregon, Eugene  ORDER |

Appellant's unopposed motion (Docket Entry No. 13) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo